**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Maria C. Ciaravino                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-11398 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Matrix Financial Services Corporation and index same on the master mailing list.

                                    Respectfully submitted,

/s/ *Michael Farrington*

PA Eastern BK
16 May 2024, 13:41:11, EDT

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322