| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-11398-PMM**

Maria C. Ciaravino  
619 Ash St  
Bethlehem  PA  18015

Petition Filed Date: 04/25/2024  
341 Hearing Date: 06/11/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/22/2024 | $1,791.00 | | 06/25/2024 | $1,791.00 | | 07/22/2024 | $1,791.00 | |

**Total Receipts for the Period: $5,373.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,173.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $12,849.61 | $0.00 | $0.00 |
| 2 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $15,123.12 | $0.00 | $0.00 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $12,774.64 | $0.00 | $0.00 |
| 4 | WELLS FARGO BANK NA<br>»» 004 | Unsecured Creditors | $15,451.81 | $0.00 | $0.00 |
| 5 | PNC BANK<br>»» 005 | Unsecured Creditors | $15,592.68 | $0.00 | $0.00 |
| 6 | PNC BANK<br>»» 006 | Unsecured Creditors | $19,644.89 | $0.00 | $0.00 |
| 7 | ROUNDPOINT MORTGAGE SERVICING LLC<br>»» 007 | Mortgage Arrears | $469.66 | $0.00 | $0.00 |
| 8 | RESURGENT RECEIVABLES, LLC<br>»» 008 | Unsecured Creditors | $4,038.19 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $11,037.09 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11398-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $7,173.00 | Current Monthly Payment: | $1,800.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $717.30 | Total Plan Base: | $107,973.00 |
| Funds on Hand: | $6,455.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.