UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Maria C. Ciaravino<br><br>    Debtor | Chapter 13<br>Bankruptcy No.24-11398-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 26th day of September, 2024, by first class mail upon those listed below:

Maria C. Ciaravino
619 Ash St
Bethlehem, PA  18015

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

    */s/ Kristen Gliem*
    Kristen Gliem
    for
    Scott F. Waterman, Esquire
    Standing Chapter 13 Trustee