United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 24-11398-pmm

Maria C. Ciaravino                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Oct 17, 2024 | Form ID: 155 | Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria C. Ciaravino, 619 Ash Street, Bethlehem, PA 18015-4201 |
| 14890737 | + | Matrix Financial Services Corporation, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14892996 | + | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 9210, Des Moines, IA 50306-9210 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14877448 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 18 2024 00:05:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14877449 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 18 2024 00:05:00 | Barclays Bank/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 14877450 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 00:28:25 | Citi, PO BOX 6217, Sioux Falls, SD 57117-6217 |
| 14882089 | + | Email/Text: mrdiscen@discover.com | Oct 18 2024 00:05:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 14877451 | + | Email/Text: mrdiscen@discover.com | Oct 18 2024 00:05:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14877452 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2024 00:15:06 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 14890242 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2024 00:29:21 | JPMorgan Chase Bank, N.A., PO Box 15368, Wilmington DE 19850 |
| 14889658 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 18 2024 00:05:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14877453 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2024 00:05:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 14899202 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2024 00:05:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14902648 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2024 00:12:03 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14901890 | | Email/Text: bankruptcy@roundpointmortgage.com | Oct 18 2024 00:05:00 | RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14902348 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:15:03 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14877454 | ^ | MEBN | Oct 18 2024 00:02:17 | RoundPoint Mortgage Servicing LLC, P.O. Box 19409, Charlotte, NC 28219-9409 |
| 14877456 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 18 2024 00:28:24 | WF/PCM, PO BOX 71092 D1127-028, Charlotte, NC 28272-1092 |

| | | | | |
|---|---|---|---|---|
| 14877455 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 18 2024 00:28:33 | Wells Fargo, PO BOX 393, Minneapolis, MN 55480-0393 |
| 14892808 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 18 2024 00:29:21 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4938 |
| 14892621 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 18 2024 00:28:31 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:

**Name**    **Email Address**

CHARLES LAPUTKA
  on behalf of Debtor Maria C. Ciaravino claputka@laputkalaw.com
  jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
  on behalf of Creditor Matrix Financial Services Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Maria C. Ciaravino ) Case No. 24−11398−pmm
)
)
Debtor(s). ) Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 17, 2024                                                                       For The Court

                                                                                             Patricia M. Mayer
                                                                                             Judge, United States Bankruptcy Court