Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Maria C. Ciaravino
619 Ash St
Bethlehem, PA 18015

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-11398-PMM**

Petition Filed Date: 04/25/2024
341 Hearing Date: 06/11/2024
Confirmation Date: 10/17/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2025 | $1,800.00 | | 09/23/2025 | $1,800.00 | | 10/22/2025 | $1,800.00 | |
| 11/24/2025 | $1,800.00 | | 12/22/2025 | $1,800.00 | | 01/23/2026 | $1,800.00 | |
| 02/24/2026 | $1,800.00 | | 03/23/2026 | $1,800.00 | | 04/22/2026 | $1,800.00 | |
| 05/22/2026 | $1,800.00 | | 06/23/2026 | $1,800.00 | | 07/22/2026 | $1,800.00 | |

**Total Receipts for the Period: $21,600.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $50,373.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $2,788.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $12,849.61 | $5,002.47 | $7,847.14 |
| 2 | JP MORGAN CHASE BANK NA<br>»» 002 | Unsecured Creditors | $15,123.12 | $5,887.54 | $9,235.58 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $12,774.64 | $4,973.27 | $7,801.37 |
| 4 | WELLS FARGO BANK NA<br>»» 004 | Unsecured Creditors | $15,451.81 | $6,015.55 | $9,436.26 |
| 5 | PNC BANK<br>»» 005 | Unsecured Creditors | $15,592.68 | $6,070.38 | $9,522.30 |
| 6 | PNC BANK<br>»» 006 | Unsecured Creditors | $19,644.89 | $7,647.96 | $11,996.93 |
| 7 | ROUNDPOINT MORTGAGE SERVICING LLC<br>»» 007 | Mortgage Arrears | $469.66 | $469.66 | $0.00 |
| 8 | RESURGENT RECEIVABLES, LLC<br>»» 008 | Unsecured Creditors | $4,038.19 | $1,572.11 | $2,466.08 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $11,037.09 | $4,296.81 | $6,740.28 |
| 10 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11398-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $50,373.00 | Current Monthly Payment: | $1,800.00 |
| Paid to Claims: | $44,723.75 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,987.85 | Total Plan Base: | $107,973.00 |
| Funds on Hand: | $1,661.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.